IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:09cr00018-2 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **KAREEM ANTOINE TURNER.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss (Docket No. 225) is **GRANTED**; Turner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 217) is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Turner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** This 20th day of December, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE